IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI<br>5034 38th Avenue, #24<br>Hyattsville, Maryland 20782<br><br>        Plaintiff<br><br>v.<br><br><br><br>MASTER SECURITY, INC.<br>10944-C Beaver Dam Road<br>Hunt Valley, MD 21030<br><br>        Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*  Case Number: 1:05CV01946<br>    Judge: James Robertson<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* * * * *    * * * * * * *

## LOCAL RULE 7.1 DISCLOSURE

"1:05CV01946: *Ojugbeli v. Master Security, Inc.*"

Certificate required by LCVR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

   I, the undersigned, counsel of record for Master Security, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Mater Security, Inc., which have any outstanding securities in the hands of the public:

   NONE.

   Master Security, Inc. does not have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**


_____//s//_____
Jennifer S. Jackman (#466922)
Peter D. Guattery
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800
*Counsel for Defendant Master Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2005, a copy of the foregoing was mailed first class, postage prepaid to:

Donna Williams Rucker, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910


_____/s/_____
Jennifer S. Jackman

*180610*