IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI<br>5034 38th Avenue, #24<br>Hyattsville, Maryland 20782<br><br>　　Plaintiff<br><br>v.<br><br><br><br>MASTER SECURITY, INC.<br>10944-C Beaver Dam Road<br>Hunt Valley, MD 21030<br><br>　　Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*　Case Number: 1:05CV01946<br>　　Judge: James Robertson<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**MOTION FOR ADMISSION PRO HAC VICE
OF PETER GUATTERY**

Pursuant to Local Rule 83.2, undersigned counsel, who is an active member in good standing of the Bar of this Court, requests that this Court admit pro hac vice Peter Guattery to serve as additional counsel for the Defendant. In support of this Motion, undersigned counsel respectfully represents the following:

　　1.　Mr. Peter Guattery is an attorney with the firm of Whiteford, Taylor & Preston, L.L.P.,

　　2.　Mr. Guattery's office address is 7 St. Paul Street, Baltimore, Maryland 21202 and his telephone number is 410-347-7800.

3. Mr. Guattery is a member in good standing of the bars of the Maryland, the United States District Court of Maryland, the United States Court of Appeals for the Fourth Circuit and the Supreme Court of the United States.

4. Mr. Guattery has not been disciplined by any bar.

5. Mr. Guattery has not admitted pro hac vice in this Court within the last two years.

6. Mr. Guattery is long standing counsel to the Defendant. Mr. Guattery is a necessary participant in the defense of this case such that the interests of the Defendant would be prejudiced if Mr. Guattery was not admitted pro hac vice.

7. On November 7, 2005, Defendant attempted to obtain Plaintiff's consent to this motion, but no response was received from Plaintiff as of the time this motion was filed.

WHEREFORE, the undersigned moves this Court for an Order admitting Peter Guattery, pro hac vice, for the limited purpose of appearing and participating in this action as counsel for the Defendant.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

_____//s//_____
Jennifer S. Jackman (#466922)
Peter Guattery
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800
*Counsel for Defendant Master Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of November, 2005, a copy of the foregoing was mailed first class, postage prepaid to:

>Donna Williams Rucker, Esq.
>DuBoff & Associates, Chartered
>8401 Colesville Road, Suite 501
>Silver Spring, MD 20910

>__/s/_____
>Jennifer S. Jackman

*180607*