IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI<br>5034 38th Avenue, #24<br>Hyattsville, Maryland 20782<br><br>    Plaintiff<br><br>v.<br><br><br><br>MASTER SECURITY, INC.<br>10944-C Beaver Dam Road<br>Hunt Valley, MD 21030<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*  Case Number: 1:05CV01946<br>    Judge: James Robertson<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

THIS MATTER having come before the Court on defense counsel's Motion for Special Admission *Pro Hac Vice* of Peter Guattery, Esq. for participation of the matter above.

It is this _____ day of _____, 2005

ORDERED, that the counsel's Motion is hereby GRANTED and that Peter Guattery be permitted to appear in this Court for purpose of participating in the proceedings of this case.

_____
Judge Robertson
United Stated District Court
for the District of Columbia

COPIES TO:

Jennifer S. Jackman, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
1025 Connecticut Avenue, NW
Suite 400
Washington, DC 20036

Donna Williams Rucker, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

*180608*