```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


IJOMOH I. OJUGBELI,               :
                                  :
         Plaintiff,               :
                                  :
    v.                            :  Civil Action No. 05-1946 (JR)
                                  :
MASTER SECURITY, INC.,            :
                                  :
         Defendant.               :
```

### ORDER

Upon consideration of defendant's motion for the *pro hac vice* appearance of Peter Guattery, it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

```
                                  JAMES ROBERTSON
                              United States District Judge
```