**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IJOMOH I. OJUBELI**        * | |
|           **Plaintiff**       * | |
| **v.**       * | **Case No.1:5CV01946** |
| **MASTER SECURITY, INC.**        * | |
|           **Defendant**       * | |

## ORDER

**UPON CONSIDERATION** of the foregoing Opposition to Defendant's Motion to Dismiss, the information contained therein, and the record herein, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED**, that Defendant's Motion to Dismiss Count IV be, and hereby is, **DENIED.**

_____                                                                 _____
Date Entered                                                                                      James Robertson
                                                                                                         United States District Court
                                                                                                         For the District of Columbia

cc:   Donna Williams Rucker, Esquire
       DUBOFF & ASSOCIATES, CHARTERED
       8401 Colesville Road, Suite 501
       Silver Spring, Maryland 20910

       and

       Jennifer S. Jackman, Esquire
       Whiteford, Taylor & Preston, LLP
       1025 Connecticut Avenue, NW
       Washington, DC 20036-5405