UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1946 (JR) |
| MASTER SECURITY, INC., | : |
| Defendant. | : |

### SCHEDULING ORDER

After a scheduling conference held in chambers on November 30, 2005, it is

**ORDERED** that initial disclosures are due December 20, 2005 and that discovery may begin immediately and is to be completed April 28, 2006. It is

**FURTHER ORDERED** that any dispositive motion be filed no later than June 30, 2006, with any oppositions and replies due according to the Local Civil Rules. It is

**FURTHER ORDERED** that a status conference is set for **4:30 p.m. on March 9, 2006.** Counsel are to come to that meeting prepared to discuss the status of discovery, their respective settlement positions, and the theories of any then-contemplated dispositive motions. It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion. It is

**FURTHER ORDERED** that counsel read and comply with the Local Rules of this Court, and particularly new LCvR 5.4.  Rules LCvR 5.1(b) and LCvR 5.2(a) are the most frequently violated.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance date set forth in this scheduling order.**

```
                              JAMES ROBERTSON
                         United States District Judge
```

- 2 -