IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IJOMOH I. OJUGBELI                              *
5034 38ᵗʰ Avenue, #24                           *
Hyattsville, Maryland 20782                     *
                                                *
    Plaintiff                            *
                                                *
v.                                              *  Case Number: 1:05CV01946
                                                   Judge: James Robertson
                                                *
                                                *
                                                *
MASTER SECURITY, INC.                           *
10944-C Beaver Dam Road                          *
Hunt Valley, MD 21030                           *
                                                *
    Defendant                            *
                                                *
  *   *   *   *   *   *   *   *   *   *   *   *

## DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant, Master Security, Inc., by its undersigned counsel, respectfully submits these

initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

### A. Individuals Likely to Have Discoverable Information

1. Kristine Utz-Nichols, Vice President, Master Security, 10944-C Beaver Dam Road, Hunt
   Valley, MD 21030. Ms. Utz-Nichols has general knowledge of Defendant's contract
   with the Department of Labor ("DOL"), as well as applicable governmental and company
   policies and procedures relating to the employment of guards on the DOL contract. Ms.
   Utz-Nichols also has general knowledge relating to Plaintiff's employment with
   Defendant.

2. Robert Rouse, Contracting Officer-Technical Representative, U.S. Department of Labor,
   200 Constitution Avenue, N.W., Room S-1519, Washington, D.C. 20210. Mr. Rouse has
   knowledge of Defendant's contract with the DOL, as well as applicable policies and
   procedures relating to the employment and promotion of security guards thereunder.

3. Mr. Richard Fox, Director of Government Services, 7634 Fairbanks Court, Hanover, MD
   21076. Mr. Fox has knowledge of Plaintiff's employment with Defendant, and the
   termination of that employment. Mr. Fox also has knowledge of Defendant's training

programs, and the applicable policies and procedures relating to the employment and promotion of security guards at the DOL site.

4.  <u>Lt. Bernard Battle</u>, Master Security, Inc., 10944-C Beaver Dam Road, Hunt Valley, MD 21030.  Mr. Battle has knowledge of Plaintiff's employment with Defendant and has knowledge regarding applicable policies and procedures relating to the employment and promotion of security guards at the DOL site.

5.  <u>Cpt.  James Chittams</u>, 9173 Alconia Street, Lanham, MD 20706.  Cpt. Chittams has knowledge relating to Plaintiff's employment with Defendant and the termination of that employment.  Cpt. Chittams also has knowledge of the applicable policies and procedures relating to the employment and promotion of security guards at the DOL site.

6.  <u>Sgt. Douglas Akinmola</u>, 1810 Metzerott Road, Apt. 8A, Adelphia, MD 20706.  Sgt. Akinmola may have information relating to Plaintiff's employment with Defendant and the termination of that employment.  Sgt. Akinmola also has knowledge of the applicable policies and procedures relating to the employment and promotion of security guards at the DOL site.

7.  <u>Ijomoh Ojugbeli</u>, 5034 38th Avenue, #24, Hyattsville, MD 20782.  Plaintiff has information relating to his employment with and separation from Master Security.

**B.      <u>Description of Documents</u>**

The following categories of documents are located in the undersigned counsel's office:

1.  Plaintiff's personnel file

2.  Master Security Employee Handbook

3.  DOL payroll records – 2002-2003

4.  Labor Distribution Reports

5.  GSA Contract Guard and Supervisor Manuals

6.  EEOC Investigative File

7.  Payroll Register for Plaintiff

8.  Employee Personnel Files – DOL site

9.  Personnel Action Forms and

10. Security Officer Inspection Reports.

11. DOL Contract with Defendant for Guard Services

**C.**     **Damages**

Defendant has no information to disclose in this category.

**D.**     **Insurance Agreement**

There is no applicable insurance policy.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

_____//s//_____
Jennifer S. Jackman (D.C. Bar No. 466922)
Peter Guattery
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW
Washington, DC  20036-5405
(202) 659-6800
 *Counsel for Defendant Master Security, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2005, a copy of the

foregoing was sent via electronic mail to:

Donna Williams Rucker, Esq.
DuBoff & Associates, Chartered
8401 Colesville Road, Suite 501
Silver Spring, MD 20910

_____//s//_____
Jennifer S. Jackman

*1655747*