IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
(Civil Division)

| | |
|---|---|
| **IJOMOH I. OJUBELI** )<br>)<br>**Plaintiff,** )<br>)    **Case No.1:5CV01946- JR**<br>**v.** )<br>)<br>**MASTER SECURITY, INC.** )<br>)<br>**Defendant.** )<br>_____) | |

### PLAINTIFF'S 26(a)(1) DISCLOSURES

COMES NOW, Plaintiff, Ijomoh I. Ojubeli, by and through his undersigned counsel, hereby submits the following disclosures pursuant to the Fed. R. Civ. P. 26(a)(1) as follows:

**INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION:**

**Ijomoh I. Ojubeli: 5034 38th Avenue, Hyattsville, Maryland 20782**

He has information pertaining to each claim asserted in his complaint.

**Hilary Ikejiuno**: **5034 38th Avenue, Hyattsville, Maryland 20782**

Plaintiff believes that this witness has knowledge of the following: plaintiff being required to quit his part-time job; plaintiff's hours being cut; and the circumstance pertaining to the treatment plaintiff received versus other American employees.

**Officer Daniel: (Address not known)**

Plaintiff believes that this individual, who is Nigerian, has information regarding the circumstances regarding his termination for allegedly sleeping on the job.

**Sampson (LNU): (Address not known)**

Plaintiff believes that Sampson has information regarding statements made to plaintiff, including statements made by Captain Chittam to plaintiff regarding Nigerian employees.

**Former Employee (Name Unknown at This Stage):**

Plaintiff believes that this witness has information regarding the differential treatment received by Nigerian employees versus American employees, and the issues raised in plaintiff's complaint.

**Captain Chittam: 10944 C Beaver Dam Road, Hunt Valley, Maryland 21030**

Plaintiff believes that this witness has information regarding the claims made by plaintiff; statements made by him to plaintiff and others; the policies and procedures in effect at the time; the record of other employees.

**Sergeant Silver: (Address not known)**

Plaintiff believes that this witness has information regarding the claims made by plaintiff; actions taken by defendant against him.

**26(a)(1)(B)**:

- Documents in EEOC file, Washington Field Office;
- Plaintiff' personnel file maintained by the defendant;
- All records maintained by Defendant; and
- Documents received via FOIA request to EEOC
- Pay Stubs from defendant for periods in 2002 and 2003

**26(a)(1)(C)**:

- Lost wages
- Pain and suffering
- Cost
- Fees

Approx. Total: $200,000.00.

      Respectfully submitted,
      DUBOFF & ASSOCIATES, CHARTERED

By: _____
    Donna Williams Rucker, Esquire (#446713)
    8401 Colesville Road, Ste. 501
    Silver Spring, Maryland 20910
    (301) 495-3131    Office
    (301) 587-1872    Facsimile

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of December, 2005 a copy of the foregoing Plaintiff's Rule 26(a)(1) Disclosures were mailed, first class mail, postage prepaid to Jennifer S. Jackman, Esquire – Whiteford, Taylor & Preston, LLP – 1025 Connecticut Avenue, NW, Washington, DC 20036-5405.

_____
Donna Williams Rucker, Esquire