UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1946 (JR) |
| MASTER SECURITY, INC., | : |
| Defendant. | : |

### REFERRAL TO MEDIATION ORDER

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by May 9, 2006. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation.

JAMES ROBERTSON
United States District Judge