IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IJOMOH I. OJUGBELI | * |
| | * |
| Plaintiff | * |
| | * |
| v. | * Case Number: 1:05CV01946 |
| | * Judge: James Robertson |
| | * |
| MASTER SECURITY, INC. | * |
| | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

THE CLERK OF THE COURT shall kindly note the appearance of Kevin A. Kernan and the law firm of Whiteford, Taylor & Preston LLP as additional counsel for the defendant, Master Security, Inc.

Respectfully submitted,

**WHITEFORD, TAYLOR & PRESTON, LLP**

_____//s//_____
Kevin A. Kernan (DC Bar 457194)
Jennifer S. Jackman (D.C. Bar No. 466922)
Peter D. Guattery
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, NW, #400
Washington, DC  20036-5405
(202) 659-6800
*Counsel for Defendant Master Security, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day March 2006, a copy of the foregoing was sent electronically to:

>Donna Williams Rucker, Esq.
>DuBoff & Associates, Chartered
>8401 Colesville Road, Suite 501
>Silver Spring, MD 20910

>_____//s//_____
>Kevin A. Kernan

*185291*