IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IJOMOH I. OJUGBELI** \* | |
| \* | |
| **Plaintiff** \* | |
| \* | |
| v. \* | Case No.1:5CV01946JR |
| \* | |
| **MASTER SECURITY, INC.** \* | |
| \* | |
| **Defendant** \* | |

## STIPULATION OF DISMISSAL

**WILL THE CLERK OF THE COURT PLEASE TAKE NOTICE** that based upon the parties resolution of this matter, the plaintiff hereby seeks dismissal of the above captioned matter with prejudice.

Respectfully Submitted,
DuBOFF & ASSOCIATES, CHARTERED

_____/s/_____
Donna Williams Rucker, Esquire
METRO PLAZA ONE
8401 Colesville Road, Suite 501
Silver Spring, Maryland 20910
(301) 495-3131
(301)587-1872 (fax)

Peter Guattery, Esq.
Whiteford, Taylor & Preston
1025 Connecticut Avenue, N.W., Ste. 400
Washington, D.C. 20036.

_____/s/_____
Peter Guattery, Esq.